**E-FILED**
Thursday, 03 July, 2014 05:05:36 PM
Clerk, U.S. District Court, ILCD

FILED
JUL 03 2014
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF ILLINOIS**

Monica Lynn Barry

(Name of the plaintiff or plaintiffs)

v.

Illinois Department of Corrections

(Name of the defendant or defendants)

CIVIL ACTION

NO. 14-3199

## COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. Plaintiff ☒ DOES ☐ DOES NOT demand a jury trial.

### I. PARTIES

2. The plaintiff is Monica Lynn Barry,

whose street address is 27 Tulip Drive,

(city) Lincoln (state) IL. (ZIP) 62656

(Plaintiff's telephone number) (217)-737-2894

3. The defendant is Illinois Department of Corrections, whose

street address is ____________,

(city) Lincoln (state) IL. (ZIP) ______

(Defendant's telephone number) (217)-735-5581

4. The alleged discrimination occurred at Logan Correctional Center

(city) Lincoln (state) IL. (ZIP) ______

5. The plaintiff [***check one box***]

   (a) ☐ was denied employment by the defendant.

   (b) ☒ was hired and is still employed by the defendant.

   (c) ☐ was employed but is no longer employed by the defendant.

6. The defendant discriminated against the plaintiff on (or about) or beginning on or about, (month) July, (day) 18th, (year) 2013.

**II. JURISDICTION**

7. Jurisdiction over this claim is based on 28 U.S.C. § 1331. Plaintiff alleges that the defendant(s) discriminated against Plaintiff because of Plaintiff's:

   ☐ Age (The Age Discrimination in Employment Act, 29 U.S.C. § 621)

   ☐ Color (Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e)

   ☒ Disability (The Americans with Disabilities Act, 42 U.S.C. § 12101 and/or The Rehabilitation Act, 29 U.S.C. § 701)

   ☐ National Origin (Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e)

   ☐ Race (Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e)

   ☐ Race (42 U.S.C. § 1981)

   ☐ Religion (Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e)

   ☒ Sex/Gender (Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e)

   ☐ Sex/Gender (Equal Pay Act, 29 U.S.C. § 206)

   ☒ Use of Leave (Family and Medical Leave Act, 29 U.S.C. § 2611)

   ☒ Other (list): RETALIATION AND NO REASONABLE ACCOMMODATION AFFORDED

8. Plaintiff ☐ HAS ☒ HAS NOT filed a charge before the United States Equal Employment Opportunity Commission (EEOC) relating to this claim of employment discrimination. **[Attach a copy of charge to this complaint.]**

9. Plaintiff ☒ HAS ☐ HAS NOT filed a charge before the Illinois Department of Human Rights (IDHR) relating to this claim of employment discrimination. **[Attach a copy of charge to this complaint.]**

10. Plaintiff ☒ HAS ☐ HAS NOT received a Right to Sue Notice. If yes, Plaintiff's Right to Sue Notice was received on or about (date) WiThin 90 DAY PeRiOD.

**[Attach copy of Notice of Right to Sue to this complaint.]**

## III. FACTS IN SUPPORT OF CLAIM

11. The defendant intentionally discriminated against Plaintiff [***check only those that apply***]:

(a) ☐ by failing to hire the plaintiff.

(b) ☐ by terminating the plaintiff's employment.

(c) ☐ by failing to promote the plaintiff.

(d) ☐ by failing to stop harassment;

(e) ☒ by failing to reasonably accommodate the plaintiff's disabilities.

(f) ☐ by failing to reasonably accommodate the plaintiff's religion.

(g) ☒ by retaliating against the plaintiff because the plaintiff did something to assert rights protected by the laws;

(h) ☒ by coercing, intimidating, threatening or interfering with the plaintiff's exercise or enjoyment of rights;

(i) ☒ with respect to the compensation, terms, conditions, or privileges of employment;

(j) ☒ other (specify): SeX DiScriminAtioN, use of LeAve, AND NO ReASONABle ACCOMODAtioN Afforded Due TO DiSABiliTy.

DISABILITY DISCRIMINATION — Regular employees had opportunity to be promoted and/or work temporary assignments that led to permanent positions. While being told to be on leave of absence from personnel — I missed out on opportunities for other jobs.

12. State here briefly and as clearly as possible the essential facts of your claim. Describe precisely how each defendant in this action is involved. Give dates and places. Concentrate on describing as clearly and simply as possible what employment action or situation you allege to have been illegal and how it violated your rights. It is not necessary to make legal arguments or cite any cases or statutes.

(DISABILITY) DISCRIMINATION

Defendant received physician's statement July 18th, 2013 - needs to avoid pepper spray or be reassigned. (Amended 7-29-2013) physician states "She can work but should not be exposed to pepper spray." 8-5-13 - personnel advised I have to remain on leave of absence which will begin on 7-21-13. In August 2013 approximately physician amended restriction and indicated I could work and do my job as long as afforded a gas mask. (Reasonable accomodation) On 10-1-13 received letter from Director Godinez / Corrections denying reasonable accomodation. Received (2-26-2014 letter) on 3-17-2014 denying reasonable accomodation. My disability is not being reasonably accomodated. I have a right to work despite having a disability. I also have a right to be reasonably accomodated due to my disability in the workplace and be free of disability discrimination. (Continued on notebook paper)

13. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [*check only those that apply*]

(a) ☐ Direct the defendant to hire the plaintiff.

(b) ☐ Direct the defendant to re-employ the plaintiff.

(c) ☐ Direct the defendant to promote the plaintiff.

(d) ☐ Direct the defendant to reasonably accommodate the plaintiff's religion.

(e) ☒ Direct the defendant to reasonably accommodate the plaintiff's disabilities. w/ back pay as described below

(f) ☒ OR Direct the defendant to (specify): offer a state position comparable in pay [with retirement formulary and same] and pay me for back pay, overtime denied, any accrued benefit time while on leave OR provide a reasonable cash settlement.

Currently have worker's Comp. Claim pending.

Retaliation - filed prior claims against The Dept. of Corrections in a timely manner to raise the inference. This would be Charge # 2013SF3212 dated 5-20-13. Also Charge #s 2013SF3214, 2013SF3213, and 2013SF3215 were dismissed on 3-31-14 with prior attorney Bill Siders who was with Frederick Nessler & Assoc. (at the time.) Spfld, IL.

Sex Discrimination and Harassment - officer Plank advised on 4-16-13 to me he gets unlimited dock time and he is not FMLA yet. A day or two later he asked me not to say anything about it. 2-14-13 - verbally advised by Lisa Standley I would have to take leave of absences and not dock time regarding FMLA. She stated, "It's an inconvenience of paperwork for the warden." (see attached please) This is resulting in unequal treatment based on sex and disability. Also - July 8th memo Charge # 2014SF0697 Sex Discrimination Logan Correctional Center cannot detail gender specific officers (male) opposed to female officers. This was done at the time the Department was trying to hire female staff. Also Charge # 2014SF2527 Major Brown accomodated medically. (Sex Discrimination) Analogous yet I am denied accommodation and told I am a threat to security and others if given a gas mask but Major Brown is not wearing proper equipment. Unfair treatment again.

# State of Illinois Memo

To: WARDEN Thompson Date: 4-22-13

From: M. BARRY

Dept: Security

Re: DOCK time / ADDITIONAL

- [ ] Take Necessary Action
- [x] For Your Approval
- [ ] Reply
- [ ] For Your Comments
- [ ] For Your Information
- [ ] Draft (Letter)(Memo) For My Signature
- [ ] Per Your Request
- [ ] See Me About Attached
- [ ] Return
- [ ] File
- [ ] Route

Warden Office
Logan Correctional Center
RECEIVED
APR 2013

Remarks:

I WAS ADVISED VIA personnel Code only 5 DOCK DAYS ARE Alloted ANNUALLY. I ALSO UNDERSTAND IT IS AT YOUR DISCRESSION IF ADDITIONAL DOCK DAYS ARE APPROVED opposed TO TAKING A LEAVE OF ABSENCE.

Since you ARE The New WARDEN THAT IS why I AM ASKING SINCE The previous WARDENS DECLINED.

M. Barry
(311)

only 5 dock are allowed
Warden
[signature]

IL 001-0001 (1/80)

Printed on Recycled Paper

Macy # 217-737-2894 AM's

4-22-13

o Whom IT may Concern:

please Call in The Am. (if needed)

I Am writing in Reference To harassment from my current employer Regarding FMLA. On 2-14-13 The Administrative Assistant II, Lisa Standley, Advised me That Due To The Administrative personnel code, employees only get five Approved Dock Days Annually Despite Being FMLA Approved. Lisa Standley Advised further That I would need To Take A Leave of Absence opposed To Dock time. This Requires A physician's statement opposed To A Dr's. Note.

A physician's statement when filled out Requires more Detailed information (medical) Regarding FMLA which only Reiterates information Already provided for my FMLA. I have had To Take numerous Leave of Absences since 2-14-13 Due To FMLA opposed To just providing A Dr's note if I could Take Dock time instead. A Dr's note Doesn't give Detailed medical information.

Lisa Standley, AA II, also indicated That "Warden Alex Dawson" (Retired) "used To give out Additional Dock time To employees But Warden Pearce And Warden Golden Are not." "It's At Their Discression." "It's An inconvenience Due To The paperwork on Their Desk."

All of This creates Limitations on Disabled/FMLA Employees By The Denial of further Alternate time/Dock time. I Am Being penalized To Relinquish more medical info. via A physician's statement opposed To A Dr's note.

Lasty, officer Plank on The 3-11 shift Advised me on 4-16-13 That he Receives unlimited Dock time via personne[l] ... This is Discrimination!!!




# LOGAN CORRECTIONAL CENTER

DATE: July 8, 2013

To: All Staff

**To be read in Roll Call X5**

Re: Detailing Males to another Institution

Any male Correctional Officer who may have an interest in being detailed to work at Lincoln Correctional Center or any other Correctional Center for up to a 6 week period of time should contact the Warden's Office by the close of business on Monday July 22,2013. Should you have any questions on how such detail will be administered, please contact me.

Tammy Linne AWO

**Tammy Linne**
**Assistant Warden of Operations**

ADministrative Code
Corrections Title 20: section 501.70 use of Chemical Agents (please see attached) If Logan Correctional Center would implement Their own Rule I could have Been working with a reasonable medical accommodation. State shouldn't claim undue hardship financially because gas masks are reasonably priced - please find enclosed.

(g) [X] If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) [ ] Grant such other relief as the Court may find appropriate.

Monica L Barry
(Plaintiff's signature)

Monica Lynn Barry
(Plaintiff's name)

(Plaintiff's street address)

(City) Lincoln (State) IL (ZIP)

(Plaintiff's telephone number) 217 - 737-2884

Date: July 3RD, 2014

Joint Committee on Administrative Rules

# ADMINISTRATIVE CODE

**TITLE 20: CORRECTIONS, CRIMINAL JUSTICE, AND LAW ENFORCEMENT**
**CHAPTER I: DEPARTMENT OF CORRECTIONS**
**SUBCHAPTER e: OPERATIONS**
**PART 501 SECURITY**
**SECTION 501.70 USE OF CHEMICAL AGENTS IN CELLS (CONSENT DECREE)**

---

**Section 501.70 Use of Chemical Agents in Cells (Consent Decree)**

a) This Section applies only to the transfer of a committed person who has refused to leave his cell when so ordered. The transfer of a committed person shall be undertaken with a minimum amount of force. Only when the individual threatens bodily harm to himself, other committed persons or correctional officers may tear gas or other chemical agents be employed to remove him.

b) Prior to use of tear gas or other chemical agents, the committed person shall be informed that such tear gas or other chemical agents will be used unless he complies with the transfer order.

c) The use of tear gas or other chemical agents may be authorized only by an officer the rank of Captain or above. (For purposes of this rule, the shift supervisor or higher authority in the Juvenile Division may authorize the use of tear gas or other chemical agents.)

d) Precautionary measures shall be taken to limit the noxious side effects of the chemical agents. In addition, the following procedures shall be followed whenever tear gas or other chemical agents are used to compel a committed person to leave his cell:

1) If circumstances allow, ventilation devices, such as windows and fans, shall be readied prior to the use of tear gas or other chemical agents. In any event, these devices shall be employed immediately after tear gas or other chemical agents are used. The purpose of this procedure is to minimize the effect of tear gas or other chemical agents upon other committed persons located in the cell house.

Look → 2) Gas masks shall be available for use by correctional officers at the time the tear gas or other chemical agent is used.

3) When a gas canister is placed inside a committed person's cell, the gas will quickly take effect and correctional officers shall enter the cell as soon as possible to remove the individual.

    4)  The committed person shall be instructed by the correctional officer to flush his eyes and skin exposed to the chemical agent with water. If the individual appears incapable of doing so, a member of the medical staff present shall perform this task. If no member of the medical staff is present, the correctional officer shall undertake this procedure.

 e) An Incident Report shall be prepared immediately after the use of the chemical agent. This report shall be signed by each correctional officer involved in the transfer, who may indicate disagreement with any fact stated in the report.

 f) The Chief Administrative Officer shall examine these Incident Reports to ensure that proper procedures were employed. Failure to follow proper procedures will result in disciplinary action.

 g) Before Section 501.70 is modified, legal staff must be consulted. This Section was promulgated pursuant to settlement of litigation by order of the court. It may not be modified without approval of the court.

(Source: Amended at 11 Ill. Reg. 14697, effective September 1, 1987)

Your Amazon.com Today's Deals Gift Cards Sell Help

Shop by Department | Search All | Surplus Gas Mask | Go | Hello. Sign in Your Account | Try Prime | 0 Cart | Wish List

1-16 of 165 results for **"Surplus Gas Mask"**

Choose a Department to sort

**Show results for**

**Tools & Home Improvement**
- Safety Masks
- Safety Respirators

**Sports & Outdoors**
- Airsoft Masks

\+ **See All 10 Departments**

**Refine by**

**Eligible for Free Shipping**
- Free Shipping by Amazon

**Brand**
- Bud K
- IDF
- Sturm Military Surplus
- RDDUSA
- NBC Gas Mask
- Fitness4All
- GI
- Surplus
- M310
- Military Surplus

**Tools & Home Improvement Product Color**

**Avg. Customer Review**
- & Up
- & Up
- & Up
- & Up

**International Shipping**
- AmazonGlobal Eligible

**Condition**
- New
- Used

**Related Searches:** gas mask.

**Czech M10M Gas Mask** by Bud K
$28.00 **$18.90**
Order in the next **19 hours** and get it by **Wednesday, Jul 2.**
More Buying Choices
**$11.90** new (7 offers)
(197)
FREE Shipping on orders over $35
Product Description
... never-issued Czech Republic Gas Masks! This collectible mask is a ...
**Industrial & Scientific:** See all 45 items

**Israeli Civilian Gas Mask w/ Nato Filter** by IDF
$89.99 **$24.50**
Order in the next **19 hours** and get it by **Wednesday, Jul 2.**
More Buying Choices
**$21.13** new (7 offers)
(478)
FREE Shipping on orders over $35
Product Description
... This is the gas mask issued to Israeli civilians when threatened with ...
**Industrial & Scientific:** See all 45 items

**BudK Russian SMS Gas Mask With Filter And Bag** by Bud K
**$21.00**
Order in the next **19 hours** and get it by **Wednesday, Jul 2.**
More Buying Choices
**$9.70** new (4 offers)
(112)
FREE Shipping on orders over $35
Product Description
... to certain outfits in addition being a fine storage place for the mask ...
**Sports & Outdoors:** See all 21 items

**German M-65 Military Specs Gas Mask** by Shalon
$89.99 **$17.24**
Only 12 left in stock - order soon.
More Buying Choices
**$13.90** new (2 offers)
(15)
Product Features
Standard issue gas mask to the Israel Defense Forces
**Tools & Home Improvement:** See all 31 items

**Polish Gas Mask** by Sturm Military Surplus
$26.00 **$14.53**
More Buying Choices

Sponsored

Israeli M15 NBC Surplus Gas Mask
**$59.90**
(2)

MCU 2 Gas Mask
**$120.00**

Upgraded Israeli Adult Gas Mask wit...
$49.99 **$35.95**

4 M-15 Survival Gas Masks Family K...
$299.99 **$199.00**
(5)

Ads

Advertisement

$8.70 new (2 offers)
(22)
Product Description
Military Surplus NATO Gas Mask
Industrial & Scientific: See all 45 items

I.D.F. M15 Gas Mask - Israeli Military (NEW, Un-Used) by IDF
~~$129.99~~ $53.90
Order in the next 19 hours and get it by Wednesday, Jul 2
More Buying Choices
$53.90 new (4 offers)
(44)
FREE Shipping
Product Features
... GAS MASKS OFFERED FOR SALE WERE MANUFACTURED TO THE FULL GOVERNMENT ...
Industrial & Scientific: See all 45 items

Spare Filter For Czech M10M Gas Mask by Sturm Military Surplus
$10.00
Order in the next 18 hours and get it by Wednesday, Jul 2
More Buying Choices
$4.99 new (5 offers)
(17)
FREE Shipping on orders over $35
Product Features
... spare filter for the Czech M10M Gas Mask which is item number 01 BKM10M ...
Industrial & Scientific: See all 45 items

Polish Gas Mask (Discolored) by RDDUSA Military Surplus
$8.90
(5)
Tools & Home Improvement: See all 31 items

Israeli Civilian Military Gas Mask w/ Nato Filter by Fox Outdoor
~~$38.99~~ $24.90
Order in the next 19 hours and get it by Wednesday, Jul 2
More Buying Choices
$24.90 new (4 offers)
(72)
FREE Shipping on orders over $35
Product Features
CIVILIAN GAS MASK
Industrial & Scientific: See all 45 items

2 Military Surplus Czech M10M Gas Mask by GI
~~$39.90~~ $29.90
Product Description
Czech M10M Gas Mask With Filter





**Tools & Home Improvement:** See all 31 items

Israeli Gas Mask With Filter by Surplus

**$28.50**

Order in the next **19 hours** and get it by **Wednesday, Jul 2**

More Buying Choices

**$23.09** new (3 offers)

(3)

FREE Shipping on orders over $35

**Industrial & Scientific:** See all 45 items

Israeli M15 NBC Surplus Gas Mask by NBC Gas Mask

**$59.90**

Order in the next **18 hours** and get it by **Wednesday, Jul 2**

More Buying Choices

**$54.90** new (2 offers)

(2)

FREE Shipping

Product Features

M-15 *Gas Mask*

**Industrial & Scientific:** See all 45 items

Russian Adult Gas Mask by Bud K

**$9.90**

More Buying Choices

**$9.90** new (2 offers)

(26)

Product Features

You will receive a Large/Adult Sized *Gas Mask*

**Industrial & Scientific:** See all 45 items

Exercise Gear, Fitness, Sturm Military Surplus Gas Mask with Filter and Bag - Russian SMS Shape UP, Sport, Training... by Fitness4All

**$12.00**

More Buying Choices

**$12.00** new (2 offers)

Product Description

... to certain outfits in addition being a fine storage place for the *mask* ...

**Tools & Home Improvement:** See all 31 items

Finish Gas Mask w/Filter by Military Surplus

**$29.99** used & new (1 offer)

(21)

Product Description

... This authentic military *surplus* Finnish *gas mask* is constructed of heavy ...

**Sports & Outdoors:** See all 21 items



CHILD KIDS CIVILIAN RUSSIAN GAS MASK NEW PDF-D size MEDIUM by EDP
$6.90
More Buying Choices
$6.90 new (3 offers)
(10)
Product Features
.. These gas masks each come with a filtering box, a haversack, and a ...
Industrial & Scientific: See all 45 items

Sponsored Products on Amazon (What's this?) Ads

Israeli M15 NBC Surplus Gas Mask
$59.90
(2)
Field Gear & Protection

MCU 2 Gas Mask
$120.00
Survivor Surplus, LLC

Previous Page 1 2 3 ... 11 Next Page

Sponsored Links

1. Buy Gas Masks Online — Full face, heat-resistant **gas mask**! Industry leader, wholesale prices. www.quakekare.com/
2. Discount Gas Masks — Largest Selection on The Web Save up to 70% Off MSRP www.chkadels.com/
3. Current US Military Gas Mask — Current US Military **Gas Mask** Search Now! Over 80 Million Visitors. about.com/Current+US+Military+**Gas**+**Mask**
4. Military Surplus Gas Mask — Best Prices on Outdoor Gear & More at The Sportsman's Guide. Shop Now! www.sportsmansguide.com/
5. NBC Gas Masks — Protection From Fire, Smoke, Toxic Air & Chemical Spills. Order Now! www.duramproducts.com/NBC
6. Surplus Gas Mask — Search for **Surplus Gas Mask** Look Up Quick Results Now! www.wow.com/**Surplus**+**Gas**+**Mask**

See a problem with these advertisements? Let us know

**Search Feedback**

Did you find what you were looking for? Yes No

If you need help or have a question for Customer Service, please visit the Help Section.

amazon Prime instant video Instantly watch movies & TV shows Start Free Trial

Advertisement

Search powered by

Your Recently Viewed Items and Featured Recommendations

Loading

**Get to Know Us**

Careers
Investor Relations
Press Releases
Amazon and Our Planet
Amazon in the Community
Fire TV – Amazon's Media Player

**Make Money with Us**

Sell on Amazon
Sell Your Apps on Amazon
Become an Affiliate
Advertise Your Products
Independently Publish with Us
› See all

**Amazon Payment Products**

Amazon.com Rewards Visa Card
Amazon.com Store Card
Shop with Points
Credit Card Marketplace
Amazon Currency Converter

**Let Us Help You**

Your Account
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Help

amazon.com

Australia Brazil Canada China France Germany India Italy Japan Mexico Spain United Kingdom

| | | | | | | |
|---|---|---|---|---|---|---|
| 6pm<br>Score deals<br>on fashion brands | AbeBooks<br>Rare Books<br>& Textbooks | ACX<br>Audiobook Publishing<br>Made Easy | AfterSchool.com<br>Kids' Sports, Outdoor<br>& Dance Gear | Alexa<br>Actionable Analytics<br>for the Web | AmazonFresh<br>Groceries & More<br>Right To Your Door | Amazon Local<br>Great Local Deals<br>in Your City |
| AmazonSupply<br>Business, Industrial<br>& Scientific Supplies | Amazon Web Services<br>Scalable Cloud<br>Computing Services | Audible<br>Download<br>Audio Books | BeautyBar.com<br>Prestige Beauty<br>Delivered | Book Depository<br>Books With Free<br>Delivery Worldwide | Bookworm.com<br>Books For Children<br>Of All Ages | Casa.com<br>Kitchen, Storage<br>& Everything Home |
| ComiXology<br>Thousands of<br>Digital Comics | CreateSpace<br>Indie Print Publishing<br>Made Easy | Diapers.com<br>Everything<br>But The Baby | DPReview<br>Digital<br>Photography | East Dane<br>Designer Men's<br>Fashion | Fabric<br>Sewing, Quilting<br>& Knitting | IMDb<br>Movies, TV<br>& Celebrities |
| Junglee.com<br>Shop Online<br>in India | Kindle Direct Publishing<br>Indie Digital Publishing<br>Made Easy | Look.com<br>Kids' Clothing<br>& Shoes | MYHABIT<br>Private Fashion<br>Designer Sales | Shopbop<br>Designer<br>Fashion Brands | Soap.com<br>Health, Beauty &<br>Home Essentials | TenMarks.com<br>Math Activities<br>for Kids & Schools |
| Vine.com<br>Everything<br>to Live Life Green | Wag.com<br>Everything<br>For Your Pet | Warehouse Deals<br>Open-Box<br>Discounts | Woot!<br>Discounts and<br>Shenanigans | Yoyo.com<br>A Happy Place<br>To Shop For Toys | Zappos<br>Shoes &<br>Clothing | |

Conditions of Use Privacy Notice Interest-Based Ads © 1996-2014, Amazon.com, Inc. or its affiliates