IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

MONICA LYNN BARRY,           )
                             )
         Plaintiff,          )
                             )
    vs.                      )   No.   14-3199
                             )
ILLINOIS DEPARTMENT OF       )
CORRECTIONS,                 )
                             )
         Defendant.          )

FILED
JUL 18 2018
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## VERDICT FORM

We, the jury, with respect to the claim of Plaintiff under the ADA against the Defendant, find as follows:

**PART I**
(Place an "X" on the appropriate line as to each party and claim.)

*PLAINTIFF'S CLAIM OF DISABILITY DISCRIMINATION UNDER THE ADA AGAINST DEFENDANT*

For Plaintiff ___X___           For Defendant _____

**PART II**

*COMPENSATORY DAMAGES*

If you have found in favor of the Defendant on the Plaintiff's ADA claim enter a zero award for Plaintiff. If you have found for Plaintiff and against Defendant on Plaintiff's ADA claim, fill in the amount of compensatory damages that Plaintiff is awarded:

Plaintiff is awarded $ 150,000 in compensatory damages for mental/emotional pain and suffering.

Now, please date and sign your verdict.           s/Juror
s/Foreperson

Foreperson                                        _____
s/Juror                                           s/Juror

s/Juror                                           s/Juror
s/Juror                                           s/Juror

31