# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| **Monica Lynn Barry** )<br>)<br>**Plaintiff,** )<br>)<br>vs. )<br>)<br>**Illinois Department of Corrections** )<br>)<br>**Defendant.** ) | Case Number: 14-CV-3199 |

### AMENDED JUDGMENT IN A CIVIL CASE

**JURY VERDICT.**   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

**IT IS ORDERED AND ADJUDGED that:**

As to the Plaintiff's claim of disability discrimination under the ADA against Defendant, the Jury finds in favor of the Plaintiff, Monica Lynn Barry and against the Defendant, Illinois Department of Corrections and awards Plaintiff $150,000 in compensatory damages for mental/emotional pain and suffering.

**DECISION BY THE COURT.**   This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED that:**

The Plaintiff is entitled to $159,970 in back pay, $134,853 in front pay, $9,563.96 and $7,713.90 in other benefits, and $8,798.39 in prejudgment interest. This fully satisfies the Plaintiff's claim for damages.

**IT IS FURTHER ORDERED AND ADJUDGED that:**

The Plaintiff is entitled to $81,281.25 in attorney fees and $1,447.05 in costs.

**Dated: 3/27/2019**

*mmm*

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court